IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-501-F

| | | |
|---|---|---|
| SANDRA ELLIOT and LEARNING LINKS EDUCATIONAL CENTER, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | ORDER |
| JOHNSON LEXUS OF RALEIGH and BRANCH MANAGERS, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") [DE-5] of United States Magistrate Judge Robert B. Jones, Jr., recommending that the *pro se* Plaintiffs' complaint be dismissed. Plaintiffs have failed to file any objection to the M&R.

After an independent and thorough review of the Magistrate Judge's M&R [DE-5] and a review of the record, the court concludes that the M&R is correct and in accordance with the law. Accordingly, the court hereby ADOPTS the M&R [DE-5] as its own, and the complaint is DISMISSED. The Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This __13__ day of November, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge