UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SANDRA ELLIOTT, et al., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 5:14-CV-501-F |
| | ) | |
| JOHNSON LEXUS OF RALEIGH, et al., | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the court hereby ADOPTS the M&R [DE-5] as its own, and the complaint is DISMISSED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on November 14, 2014, and Copies To:**

Sandra Elliott (52715-056 Alderson-FPC, Glen Ray Rd. - Box A, Alderson, WV 24910)

DATE  
November 14, 2014

JULIE A. RICHARDS, CLERK  
/s/ Susan K. Edwards  
(By) Susan K. Edwards, Deputy Clerk