UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SANDRA ELLIOTT, et al., )
        Plaintiff, )
)
v. ) **JUDGMENT**
) No. 5:14-CV-501-F
)
JOHNSON LEXUS OF RALEIGH, et al., )
        Defendants. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the court has conducted a *de novo* review of the record, and finds Elliott's objections to be without merit, and the M&R to be correct and in accordance with the law. Accordingly, the court adopts the M&R [DE-5] as its own, and ORDERS that Plaintiffs' § 1983 and § 1985 claims are DISMISSED. The court further declines to exercise supplemental jurisdiction over the remaining state law claims, and ORDERS that those claims are DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on November 24, 2014, and Copies To:**

Sandra Elliott (52715-056 Alderson-FPC, Glen Ray Rd. - Box A, Alderson, WV 24910)

DATE                                                    JULIE A. RICHARDS, CLERK
November 24, 2014                          /s/ Susan K. Edwards
                                                       (By) Susan K. Edwards, Deputy Clerk