IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-501-F

| | | |
|---|---|---|
| SANDRA ELLIOTT and LEARNING LINKS EDUCATIONAL CENTER, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | ORDER |
| JOHNSON LEXUS OF RALEIGH and BRANCH MANAGERS, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff Sandra Elliott's "Motion in Response to US District Court Order" [DE-11]. Therein, she asserts that she timely filed an objection to the Magistrate Judge's M&R in this case. She apparently seeks the reconsideration of this court's November 14, Order [DE-6] which adopted the M&R and dismissed the complaint in this action.

The court previously recognized that Elliott had filed a timely objection to the M&R, and accordingly, the court *sua sponte* vacated its November 14, 2014, Order and Judgment. *See* November 24, 2014, Order [DE-9]. The court proceeded to consider the M&R in light of Elliott's timely objections. After conducting a *de novo* review of the record, the court found Elliott's objections to be without merit, and the M&R to be correct and in accordance with the law. The court accordingly adopted the M&R and ordered Plaintiffs' § 1983 and § 1985 claims be dismissed. The court declined to exercise supplemental jurisdiction over the remaining state law claims, and ordered they be dismissed without prejudice.

Nothing in Elliott's latest filing alters this court's decision. Accordingly, the motion [DE-11]

is DENIED.

SO ORDERED.

This 25 day of November, 2014.

_____
JAMES C. FOX
Senior United States District Judge