IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-501-F

| | | |
|---|---|---|
| SANDRA ELLIOTT and LEARNING LINKS EDUCATIONAL CENTER, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | ORDER |
| JOHNSON LEXUS OF RALEIGH and BRANCH MANAGERS, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on *pro se* Plaintiff Sandra Elliott's Corrected Motion for Reconsideration [DE-13]. For the reasons stated in the court's November 25, 2014, Order [DE-12], the motion is DENIED

SO ORDERED.

This 3rd day of December, 2014.

JAMES C. FOX
Senior United States District Judge