IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-501-D

SANDRA ELLIOTT,                )
                               )
                    Plaintiff, )
                               )
        v.                     )         **ORDER**
                               )
JOHNSON LEXIS OF RALEIGH, et al., )
                               )
                    Defendants. )

On November 24, 2014, the court dismissed pro se plaintiff Sandra Elliott's ("Elliott" or "plaintiff") claims [D.E. 9] and closed the case. See [D.E. 9, 10]. On November 24, 2014, Elliott requested reconsideration. See [D.E. 11]. On November 24, 2014, Elliott filed a corrected motion for reconsideration [D.E. 13]. On November 25, 2014, the court denied Elliott's corrected motion for reconsideration [D.E. 14]. On December 14, 2017, Elliott filed a motion to remove the case from federal court to state court [D.E. 15]. On December 14, 2017, the case was reassigned to the undersigned [D.E. 16].

The motion to remove [D.E. 15] lacks merit and is DENIED. The case remains closed.

SO ORDERED. This 14 day of August 2018.

JAMES C. DEVER III
Chief United States District Judge